UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONNA B. DUPLESSIS**                                                      **CIVIL ACTION**

**VERSUS**

**CITY OF GONZALES**                                                  **NO.: 14-00696-BAJ-RLB**

ORDER AND RULING

Considering the **Joint Motion to Dismiss (Doc. 17)** filed by Plaintiff Donna Duplessis, and Defendant City of Gonzales,

**IT IS ORDERED** that the **Joint Motion to Dismiss (Doc. 17)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 31st day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**